Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## UNITED STATES DISTRICT COURT

for the

District of Nebraska

_____ Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 AUG 20 PM 3:03

OFFICE OF THE CLERK

| | |
|---|---|
| Freddy S. Rodriquez | ) Case No. 8:18CV397 |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) |
| | ) |
| | ) |
| | ) |
| Habitat For Humanity Omaha | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Freddy S. Rodriquez |
| Street Address | 1115 S. 32nd |
| City and County | Omaha, Douglas |
| State and Zip Code | Nebraska, 68105 |
| Telephone Number | 402-510-3136 |
| E-mail Address | fsjrod304@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                            Habitat For Humanity Omaha

    Job or Title *(if known)*

    Street Address                  1701 N. 24th St.

    City and County               Omaha/ Douglas

    State and Zip Code           Nebraska 68110

    Telephone Number           402-457-5657

    E-mail Address *(if known)*     habitat@habitatomaha.org

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Habitat For Humanity Restore |
| Street Address | 10910 Emmet St |
| City and County | Omaha/ Douglas |
| State and Zip Code | Nebraska 68164 |
| Telephone Number | 402-934-1033 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

May, 2015 - Sept., 2016

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race          African-American
- ☒ color         Black
- ☐ gender/sex
- ☒ religion       Muslim
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

1.        I am a Black, African American Muslim since 1992. I was the resident Imam at both the Lincoln and Hastings Correctional Centers from 1994 to 1996.  During my employment I was given adverse assignments based on my race, religion, and color and I complained. I was subeject to wage losses and harassment based on retaliation for my complaint.

2.        I believe I was discriminated againston the bases of color, race, religion, anr retaliation, in violation of Title VII of the Civil Rights Act of 1964, as Amended, ( continued on 5a)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.        It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May 4, 2017

B.        The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☒        issued a Notice of Right to Sue letter, which I received on *(date)*    5/19/2018        .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.        Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

And Sections 48-1104 and 48-1114(1) of the Nebraska Fair Employment Act.

I.      On or about May, 2015, Habitat for Humanity Omaha purchased the home where I rented, I was asked to relocate. On or about July, 2015, I was placed in a Habitat home and required to volunteer for Habitat. During the summer months, I cut grass on various Habitat properties, with Chris Tauber as my supervisor. On or about October, 2015, I was assigned as a custodian at the corporate office at 1701 N, 24th St. I continued Chris Tauber as my supervisor until I was approached by Amanda Brewer, who is the C.E.O. for Habitat for Humanity Omaha. Amanda Brewer informed me that my volunteer work was exceptional and that I would be a good fit for the Habitat store at 10910 Emmet St. During that time I was allowed to move into another Habitat home for future purchase.

II.     On or about February, 2016, I was asked to go to Vikki Jaeger's office, Director of Human Resources. I was informed by Vikki Jaeger that she, Amanda Brewer, and Ken Mar (Chief Operations Officer) had a meeting and were aware of my incarceration and my past charges, and decided to offer me full employment at the Habitat Restore. I applied for the customer service sales representative position and was hired at the restore. I was told at that time all assignments were equal.

III.    During my employment Tommy Moore, Bettye Simonds, Jeffery (Last Name Unknown), and myself (All Black African Americans) were treated to adverse assignments. In July, 2016, I complained to David Klitz, Restore Director how Becca Thompson, Restore Manager was very discriminatory with the assignments, and that I just wanted a fair playing field. Nothing was ever done. In July, 2015, I was assigned to work on appliances and was helping a regular customer with a refrigerator when I stopped to help another customer take some things to the dock to be loaded in her car. When I was in the dock area Tommy Moore asked me to look at his phone because it was not working. When I picked up the phone, Becca Thompson came in and yelled Didn't I tell you to get back in appliances, this was at the top of her voice and in front of both customers and employees. I went back to the appliance area and when she came back into the area, I told her I had been helping customers and that she didn't have to yell at me like I was one of her dogs, she responded you are right go home. Upon leaving I pasted Tammy (Last Name Unknown) and informed her I was being sent home, and she asked me was it because I was helping her.

        I left the restore and went down to the corporate office because I was upset about being yelled at and being sent home. I spoke with Patrice DeVault, the receptionist and Sheryl Fitzgerald, the accountant who told me to take my concerns to Vikki Jaeger. I spoke to Vikki about being yelled at when I was only doing my job helping customers, and how the Black African American employee were treated differently at the restore. She stated she would conduct an investigation and that she was aware of my meeting with David Kilz and Becca Thompson, where I stated I just want a fair playing field. No proper investigation was conducted.

V.        I was assigned to work on appliances on September 24, 2016. Assistant Manager, Obie Dortch asked me to go to the dock area to help customer service representative, Jed Headley load a high priced item into a customer's vehicle, Headley had prior damaged some items that morning. When I got to the dock area, Jed asked me why was I there and I told him I was sent up here because he had damage other items. Headley got offensive and told me to get the fuck out of here raghead and go back to my area. He continued to yell and made the  comment that when he was in the army he used to chase ragheads. I took those statements as to refer to me being a muslim. I became upset and told Headley if we had a problem we could go to the other side of Maple and handle it. Obie Dortch heard the two of us arguing and said if we didn't stop someone would have to go home, I asked to go home, because I was upset and wanted to avoid any other problems.

VI        On September 26, 2016, Obie Dortch, Jed Headley, and I were call into Becca Thompson's office for a meeting. I told Becca Headley kept yelling and making in appropriate comments, Headley stated he didn't want to say anything because Dortch and I grew up in the same neighborhood and that he wanted a private meeting with Becca. Becca  met with Headley but never met  with me or Dortch.

VII.      On Septembeer 29, 2016, I was called into the office Vikki and Becac and told per their investigation, it was revealed that I had threatened Headley. I denied threatening Headley, but Vikki stated that he felt that I had threaten him. I complained about his comments, but I was told to leave the property.

VIII.     From February 2016 to September 2016, I was required to work every Saturday, not like other employees and my performance was satisfactory

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I request the sum of $20,000.00 for loss wages and bonuses which I would have been awarded.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  8/17/2018

Signature of Plaintiff

Printed Name of Plaintiff  Freddy S. Rodriquez

### B.  For Attorneys

Date of signing:  8/17/2018

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Freddie S. Rodriquez<br>2856 Brown St<br>Omaha, NE 68110 | From: | St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32E-2017-00536 | Joseph J. Wilson,<br>State & Local Program Manager | (314) 539-7816 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Joseph J. Wilson*

_____     May 17, 2018

**James R. Neely, Jr.,**
**Director**

*(Date Mailed)*

Enclosures(s)

cc:     **Victoria Jaeger**
**Human Resource Director**
**HABITAT FOR HUMANITY OF OMAHA**
**1701 N 24th St**
**Omaha, NE 68110**

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☒ FEPA<br>☒ EEOC | **NEB 2-16/17-5-48501-RS**<br>**32E-2017-00536** |

Nebraska Equal Opportunity Commission and EEOC
*State or local Agency, if any*    RECEIVED NEOC

| NAME *(indicate Mr., Ms., Mrs.)*<br>Mr. Freddie S. Rodriquez | | HOME TELEPHONE *(Include Area Code)*<br>MAY 0 4 2017 (402) 301-0548 |
|---|---|---|
| STREET ADDRESS<br>2856 Brown St | CITY, STATE AND ZIP CODE<br>Omaha NE 68110 OMAHA OFFICE | DATE OF BIRTH<br>2/28/1960 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Habitat For Humanity of Omaha, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>101-200 Employees | TELEPHONE *(Include Area Code)*<br>(402) 934-1033 |
|---|---|---|
| STREET ADDRESS<br>10910 Emmet St | CITY, STATE AND ZIP CODE<br>Omaha NE 68164 | COUNTY<br>Douglas |
| NAME<br>Habitat For Humanity of Omaha, Inc. | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)*<br>(402) 457-4647 |
| STREET ADDRESS<br>1701 N 24th St | CITY, STATE AND ZIP CODE<br>Omaha NE 68110 | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [X] COLOR  [ ] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN | EARLIEST          LATEST<br>2/1/2016      9/29/2016 |
| [X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.    I am Black and Muslim. My employment began in February 2016, most recently in a Customer Service Sales positon. I was given adverse assignments due to my race and color which I complained about. I was harassed and subjected to adverse wages due to my race, color, and in retaliation for my complaint. I was harassed due to my religion which I complained about. I was subjected to less favorable terms and conditions of employment and discharged due to my religion, race, color and in retaliation for my complaints.

II.   I believe I have been discriminated against on the bases of race, color, religion and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as Amended, and Sections 48-1104 and 48-1114(1) of the Nebraska Fair Employment Practice Act, in that:

1.    From the start of my employment, Customer Service Sales Tommy (last name unknown-LNUK), Jeffrey (LNUK) (both non-Muslim and black), and I were all subjected to adverse assignments because we were always assigned to receiving, unloading trucks, and moving large items in the store.

2.    I was also subjected to adverse assignments when around late July 2016 I signed up to work the 'Rock the Block' event to paint a house, but Store Manager Rebecca LNUK (non-Muslim, non-black) told me I couldn't go because I had to stay at the store even though I was the first one to sign up. From hire, I was required to work every Saturday, but Customer Service Sales Jed Headley (non-Muslim, non-black) who was hired after me was not required to work every Saturday.

3.    In July 2016, I complained to District Manager Dave LNUK (non-Muslim, non-black) about the adverse assignments but he took no action.

4.    After complaining to Dave, I was harassed by Rebecca when she yelled at me in July 2016, about retrieving appliances from the back. I told Rebecca she didn't have to yell at me like I was a dog and I had been assisting another customer. I was subjected to adverse wages because Rebecca sent me home with four hours left in my shift. I complained to Human Resources Representative Vickie Jager (non-Muslim, non-black) about Rebecca's harassment, how black employees are given adverse assignments, and that I just wanted a fair playing field. Jager told me she would investigate my concerns, but she never got back to me.

**Continued on Page 2**

Freddie S. Rodriquez vs. Habitat For Humanity of Omaha, Inc.
Page 2

5. I was harassed by Headley on September 24, 2016, when he told me 'get the fuck out of here raghead' after Supervisor Obie Dortch (non-Muslim, black) told me to assist Headley because Headley broke some high priced items the day prior. Headley continued his harassment because he repeatedly yelled for me to leave, continued to refer to me as a 'raghead,' and made comments throughout the day of how he used to chase 'ragheads' during his time in the military. I became upset and told Headley we could go on the other side of the street and 'handle it,' and a verbal altercation ensued.

6. On September 24, 2016, Dortch, Headley, and I were called into a meeting with Rebecca where I told Rebecca that Headley kept yelling at and making comments to me that were not right. Headley told Rebecca he wanted a private meeting with her since Dortch and I grew up in the same neighborhood. Rebecca told us she would meet with Headley but I was subjected to less favorable terms and conditions because Rebecca didn't meet with me privately, but did with Headley.

7. On September 29, 2016, I was called to the office with Jager and Rebecca present and told per their investigation into the verbal altercation with Headley, it was revealed that I threatened Headley. I denied threatening Headley, and Jager responded that Headley felt like I threatened him. I complained about the derogatory religious comments Headley made toward me, but I was told I was discharged and had to get off the property.

8. I declare my performance was satisfactory.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

x _Freddie Rodriquez_

State of _Nebraska_ County of _Douglas_
On this, the _4_ day of _May_ , 20 _17_.
The Complainant appeared before me, known to me (or satisfactorily proven) to be the person whose name is subscribed to this instrument, and acknowledged that they executed the same for the purposes therein contained.

Notary Public _Rhonda A Pitt_

Notary Seal

GENERAL NOTARY - State of Nebraska
RHONDA A. PITTMAN
My Comm. Exp. October 2, 2018